BESENTA (A MEXICAN) v. THE STATE.

No. 3793.    Decided November 3, 1915.

**Gaming—Statement of Facts—Bill of Exceptions—Practice on Appeal.**

In the absence of bills of exception, or statement of facts, where the motion for new trial is based on the insufficiency of the evidence, and the introduction of testimony, there is nothing to review; besides, there is no verification as to excluded testimony, and the motion for new trial is not signed by the defendant or his attorney.

Appeal from the County Court of Ellis. Tried below before the Hon. W. M. Tidwell.

Appeal from a conviction of gaming; penalty, a fine of $10.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

DAVIDSON, JUDGE.—Appellant was convicted of gaming, his punishment being assessed at a fine of $10.

There is no bill of exceptions or statement of facts in the record, therefore the case will be disposed of without reference to those matters. The motion for new trial is based on the insufficiency of the evidence to support the conviction, and there is also set out in the motion for new trial some questions and answers of the witness. But there is no verification of this testimony by the trial judge as being the facts adduced upon the trial, and in fact the motion for new trial is not signed by the defendant or his attorneys. As this matter is presented there is nothing for this court to review, and the judgment will be affirmed.

                                                                *Affirmed.*